R. H. PERRY & COMPANY, respondent,

*v.*

BURNS BROTHERS, appellant.

[Decided October 15th, 1928.]

On appeal from a decree of the court of chancery.

*Messrs. McDermott, Enright & Carpenter,* for the respondent.

*Messrs. McCarter & English,* for the appellant.

PER CURIAM.

The decree appealed from will be affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Lewis, and reported in *101 N. J. Eq. 409.*

*For affirmance*—THE CHIEF-JUSTICE, TRENCHARD, PARKER, MINTURN, KALISCH, BLACK, CAMPBELL, LLOYD, WHITE, VAN BUSKIRK, McGLENNON, KAYS, HETFIELD, DEAR, JJ. 14.

*For reversal*—None.